NUMBER 13-03-549-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________

KAREN SUE CARROLL,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_______________________________________________________

On appeal from the 156th District Court
of Bee County, Texas.
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam
 
         Appellant, Karen Sue Carroll, attempts to appeal a conviction for burglary of a
building. The trial court has certified that this “is a plea-bargain case, and the
defendant has NO right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On January 12, 2004, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On February 13, 2004, counsel filed a letter brief with this Court. Counsel’s
response fails to establish either that the certification currently on file with this Court
is incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.
 
     PER CURIAM
Do not publish. Tex. R. App. P. 47.2(b).
Memorandum opinion delivered 
and filed this the 25th day of March, 2004.